# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

RONALD H. FLEMING

     VS                                       CASE NO.  3:04cv343 MCR/EMT

JAMES CROSBY, JR.

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the amended petition for writ of habeas corpus is **DENIED**.

                               WILLIAM M. McCOOL, CLERK OF COURT

 April 27, 2005                  /s/ Lynn C. Uhl
DATE                             Deputy Clerk: Lynn Uhl

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.